# EXHIBIT B

2/11/2011

Michael Pace

| Account | Date | Description | ck# | Debit (Withdrawal) | Credit (Deposit) |
|---|---|---|---|---|---|
| WEB_4959 | 7/11/2006 | Michael & Colleen Pace | | | 50,000.00 |
| WEB_4959 | 10/20/2006 | Michael & Colleen Pace | | (10,000.00) | |
| WEB_4959 | 1/24/2007 | Michael & Colleen Pace | | (10,000.00) | |
| WEB_4959 | 4/19/2007 | Michael & Colleen Pace | | (10,000.00) | |
| WEB_4959 | 7/19/2007 | Michael & Colleen Pace | | (10,000.00) | |
| WEB_4959 | 2/4/2008 | Michael & Colleen Pace | | (12,000.00) | |
| BoA_0188 | 7/28/2008 | Michael & Colleen Pace | 1146 | (14,400.00) | |
| BoA_0188 | 8/8/2008 | Michael & Colleen Pace | | | 18,000.00 * |
| BoA_0188 | 8/8/2008 | Michael & Colleen Pace | | | 2,000.00 * |
| BoA_0188 | 11/5/2008 | Michael & Colleen Pace | 1259 | (14,400.00) | |
| BoA_0188 | 5/20/2009 | Michael & Colleen Pace | | (17,280.00) | |
| BoA_0188 | 7/23/2009 | Michael & Colleen Pace | | (17,280.00) | |
| BoA_0188 | 10/26/2009 | Michael & Colleen Pace | | (17,280.00) | |
| | | **Michael & Colleen Pace Total** | | **(132,640.00)** | 70,000.00 |
| | | | | **(62,640.00)** | |
| | | Investment | | 70,000.00 | |
| | | Gain | | (62,640.00) | |

*These two amounts were not paid to Goldberg by Michael Pace. The only payment made by Michael Pace to Goldberg is the $50,000 on or about July 11, 2006, listed above.